Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

Vs.

Laura D. Pope

Crim. No. 3:04CR63LSu-001

*FILED — SOUTHERN DISTRICT OF MISSISSIPPI — MAR 28 2007 — J. T. NOBLIN, CLERK — BY _____ DEPUTY*

On November 30, 2004 the above named offender was sentenced to one day imprisonment followed by a total of three years supervised release. She has complied with all the special and standard conditions imposed by the Court and paid in full her restitution and special assessment fees. According to the Northern District of Mississippi U.S. Probation Office, who has supervised Laura Pope this entire period, she is no longer in need of supervision.

It is accordingly recommended that Laura D. Pope be discharged from her term of Supervised Release immediately.

Respectfully submitted,

_Martha S. Gardner_

Martha S. Gardner, Supervising
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the case be terminated.

Date this 22nd day of March, 2007.

_Tom S. Lee_

Tom S. Lee
Senior U.S. District Court Judge